# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE S. LIBMAN and SUSAN B. LIBMAN, | ) ) ) | Case No. 1:15-cv-1411 |
| Plaintiffs | ) ) ) | Honorable Virginia M. Kendall |
| v. | ) ) | |
| OCWEN LOAN SERVICING, LLC | ) ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties hereto that the above-captioned case be dismissed without prejudice with leave to reinstate through August 15, 2015. After August 15, 2015, the dismissal shall become with prejudice, with each party to bear his/its own costs.

Dated: July 15, 2015

| | |
|---|---|
| */s/ Paul M. Bach* | */s/ Brian A. Raynor* |
| Paul Matthew Bach | Brian A. Raynor (6300638) |
| SULAIMAN LAW GROUP LTD. | LOCKE LORD LLP |
| Suite 150 | 111 South Wacker Drive |
| Oak Brook, IL 60523 | Chicago, Illinois 60606 |
| Telephone: (630) 575-8188 | Telephone: (312) 443-0219 |
| Email: paul@bachoffices.com | Email: BRaynor@lockelord.com |
| | |
| *One of the Attorneys for Plaintiffs* | *One of the Attorneys for Defendant Ocwen* |
| *Lawrence S. Libman and Susan B. Libman* | *Loan Servicing, LLC* |